IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

S.D, MOTHER OF B.R. AND
J.R., CHILDREN,

      Appellant,

 v.

               Case No.  5D21-2948
               LT Case No. 2019-DP-000051-O

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/

Decision filed June 2, 2022

Appeal from the Circuit Court
for Orange County,
A. James Craner, Judge.

David J. Joffe, of Joffe Law, P.A.,
Ft. Lauderdale, for Appellant.

Ward L. Metzger, of Children's Legal
Services, Tallahassee, and Kelley
Schaeffer, of Children's Legal Services,
Bradenton, for Appellee, Department of
Children and Families.

Elise M. Ezzo, of OCBA Legal Aid
Society, Windermere, for Guardian
ad Litem Program.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and LAMBERT, JJ., concur.